# Court of Appeals
# of the State of Georgia

ATLANTA, August 29, 2012

*The Court of Appeals hereby passes the following order*

**A12I0336. COMMUNITY & SOUTHERN BANK v. ORMOND LAND PARTNERS, LLC, f/k/a MIRROR LAKE LLC, et al .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

10CV01566



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, August 29, 2012.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*